PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
C. HAY-MIE CHO, CSBN 282259
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: haymie.cho@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELLE A. MARTIN, | Case No.: 2:16-cv-00860-CMK |
| Plaintiff, | ORDER |
| vs. | |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court.  The Court hereby EXTENDS the schedule in this matter as follows:

    1.    The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to January 27, 2017.

    2.    The deadline for Plaintiff to file her reply to Defendant's response is extended forty-five (45) days to April 3, 2017.

[Proposed] Order to Extend Briefing Schedule; 2:16-cv-00860-CMK

1

3. All other deadlines and scheduling matters set forth in the Court's Scheduling Order dated June 2, 2016, remain the same.

IT IS SO ORDERED.

Dated:  December 23, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE