PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
C. HAY-MIE CHO, CSBN 282259
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: haymie.cho@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELLE A. MARTIN, | Case No.: 2:16-cv-00860-CMK |
| Plaintiff, | ORDER |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[Proposed] Order to Extend Briefing Schedule; 2:16-cv-00860-CMK

1. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended fifteen (15) days to February 13, 2017.

2. The deadline for Plaintiff to file her reply to Defendant's response is extended forty-five (45) days to April 18, 2017.

3. All other deadlines and scheduling matters set forth in the Court's Scheduling Order dated June 2, 2016, remain the same.

IT IS SO ORDERED.

**Dated:  January 30, 2017**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Extend Briefing Schedule; 2:16-cv-00860-CMK