```
BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Michelle A. Martin
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE A. MARTIN, | ) | Case No.:  2:16-CV-0860-MCE-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR AN EXTESION OF TIME FOR |
| v. | ) | PLAINTIFF TO FILE OBJECTIONS TO THE |
| | ) | MAGISTRATE JUDGE'S FINDINGS AND |
| NANCY A. BERRYHILL, Acting | ) | RECOMMENDATION |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiff shall have an extension of time of an additional 14 days to file her objections to the Magistrate Judge's Findings and Recommendation.  This is the first continuance sought by Plaintiff in this case.

On March 28, 2018, the Magistrate Judge filed his Findings and Recommendation in this case.  [Docket No. 31].  The Findings and Recommendation state that any party may file written objections with the Court within 14 days after being served.  Therefore, Plaintiff's objections are due on April 11, 2018.  Plaintiff seeks a brief extension of time of 14 days to file her objections with the Court.  The new due date for Plaintiff's objections will be April 25, 2018.

STIPULATION AND [PROPOSED] ORDER                1

There is good cause for this request.  Plaintiff's counsel returned to the office today from an extensive overseas trip that began at the end of February.  Plaintiff is respectfully requesting additional time up to and including April 25, 2018 to fully review the Magistrate Judge's Findings and Recommendation and brief her objections thereto.  The request for an extension of time is made in good faith with no intention to unduly delay the proceedings.

                                    Respectfully submitted,

Date:   April 9, 2018        "/s/Ellinor Coder"
                                    (As authorized by e-mail on April 9, 2018)
                                    ELLINOR CODER
                                    Attorney for Defendant

Date:   April 9, 2018        "/s/Barbara Marie Rizzo"
                                      BARBARA MARIE RIZZO
                                    Attorney for Plaintiff

## ORDER

APPROVED AND SO ORDERED:

Dated:   April 13, 2018                                _____
                                                              CRAIG M. KELLISON
                                                              UNITED STATES MAGISTRATE JUDGE